JILL GARCIA
Nevada Bar No. 7805
jill.garcia@ogletreedeakins.com
DANA B. SALMONSON
Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendants Jackson Hewitt Inc.
and Tax Services of America, Inc.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SHARON A. ABRAHAMS,<br><br>Plaintiff,<br><br>vs.<br><br>JACKSON HEWITT, INC., a foreign corporation doing business in Nevada; TAX SERVICES OF AMERICA, INC., a foreign corporation doing business in Nevada; DOES 1 through X, inclusive; and ROE BUSINESS ENTITIES 1 through X, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-00263-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANTS' DEADLINE TO FILE A REPLY IN SUPPORT OF THEIR TO MOTION TO DISMISS**<br><br>*(first request)* |

Pursuant to Local Rules ("LR") IA 6-1, LR IA 6-2, and LR 7-1, Defendants Jackson Hewitt Inc. and Tax Services of America, Inc. (collectively referred to as "Defendants"), by and through their undersigned counsel of record, and Plaintiff Sharon A. Abrahams ("Plaintiff"), pro se, hereby request and stipulate that the deadline for Defendants to file their Reply in support of their Motion to Dismiss (ECF No. 5) be extended one week, up to and including March 22, 2018. The present deadline is March 15, 2018.

This is the first request for an extension of time to file Defendants' Reply. Good cause for this request exists. Defense counsel was out of town from Friday, March 9, 2018 (the date the



court electronically filed Plaintiff's Opposition) through Tuesday, March 13, 2018 and was unable to prepare Defendants' Reply. Therefore, the parties agree that, in light of the foregoing, extending the deadline for Defendants' Reply is appropriate. This Stipulation is made in good faith and is not intended for purposes of delay or any other improper purpose.

For all the reasons stated above, good cause exists to extend the Reply deadline in this matter. Therefore, the parties jointly request that this Court grant this request and extend Defendants' deadline to file their Reply up to and including March 22, 2018.

**IT IS SO STIPULATED:**

DATED this 14th day of March, 2018.              DATED this ___ day of March, 2018.

                                                  OGLETREE, DEAKINS, NASH, SMOAK
                                                  & STEWART, P.C.

_____                         _____
Sharon Abrahams                                   Jill Garcia, Esq.
6552 Kirwan Heights Way                           Dana B. Salmonson, Esq.
Las Vegas, NV 89108                               3800 Howard Hughes Parkway, Suite 1500
*Pro Se*                                          Las Vegas, NV 89169
                                                  *Attorneys for Defendant Jackson Hewitt Inc. and Tax Services of America, Inc.*

                                                  **ORDER**

IT IS SO ORDERED.
                                                  _____
                                                  RICHARD F. BOULWARE, II
                                                  United States District Judge

                                                  DATED this 17th day of March, 2018.

33326199.1



2

electronically filed Plaintiff's Opposition) through Tuesday, March 13, 2018 and was unable to prepare Defendants' Reply. Therefore, the parties agree that, in light of the foregoing, extending the deadline for Defendants' Reply is appropriate. This Stipulation is made in good faith and is not intended for purposes of delay or any other improper purpose.

For all the reasons stated above, good cause exists to extend the Reply deadline in this matter. Therefore, the parties jointly request that this Court grant this request and extend Defendants' deadline to file their Reply up to and including March 22, 2018.

**IT IS SO STIPULATED:**

DATED this __ day of March, 2018.

DATED this 14th day of March, 2018.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

_____
Sharon Abrahams
6552 Kirwan Heights Way
Las Vegas, NV 89108
*Pro Se*

_____
Jill Garcia, Esq.
Dana B. Salmonson, Esq.
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, NV 89169
*Attorneys for Defendant Jackson Hewitt Inc. and Tax Services of America, Inc.*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

_____
DATED

2