# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHARON A. ABRAHAMS, | Case No. 2:18-cv-00263-RFB-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 16) |
| JACKSON HEWITT, INC., et al., | |
| Defendant(s). | |

Pending before the Court is the parties' joint proposed discovery plan seeking special scheduling review. Docket No. 16. The parties seek an extended discovery period of 240 days starting from March 19, 2018, the date on which the parties held their Fed.R.Civ.P. 26(f) conference, as opposed to the date the first Defendant answered or appeared, February 19, 2018. *Id.* at 1; *see also* Docket No. 5; Local Rule 26-1(b)(1). A discovery period longer than the presumptively reasonable discovery period of 180 days "must include...a statement of the reasons why longer or different time periods should apply...." Local Rule 26-1(a). The parties ask for an extended discovery period given "the procedural posture of the case, and given Defendants' pending Motion to Dismiss." Docket No. 16 at 1. The Court finds that these are insufficient reasons to depart from the presumptively reasonable discovery period of 180 days. Local Rule 26-1(b)(1).

//

//

//

Accordingly, the Court **DENIES** without prejudice the parties' joint proposed discovery plan. Docket No. 16. The parties shall file a renewed joint proposed discovery plan no later than April 16, 2018.

IT IS SO ORDERED.

DATED: April 11, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge