JILL GARCIA
Nevada Bar No. 7805
jill.garcia@ogletreedeakins.com
DANA B. SALMONSON
Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendants Jackson Hewitt Inc.
and Tax Services of America, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SHARON A. ABRAHAMS,<br><br>Plaintiff,<br><br>vs.<br><br>JACKSON HEWITT, INC., a foreign corporation doing business in Nevada; TAX SERVICES OF AMERICA, INC., a foreign corporation doing business in Nevada; DOES 1 through X, inclusive; and ROE BUSINESS ENTITIES 1 through X, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-00263-RFB-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Defendants Jackson Hewitt Inc. and Tax Services of America, Inc. (collectively referred to as "Defendants"), by and through their undersigned counsel, and Plaintiff Sharon A. Abrahams ("Plaintiff"), appearing in this matter *pro se*, having reached an agreement to resolve all outstanding issues between them, hereby agree to dismiss all claims, with prejudice.

. . .

. . .

. . .

. . .

. . .

Each party shall bear its own attorneys' fees and costs.

IT IS SO STIPULATED:

DATED this ~~day of May, 2018~~. June 5, 2018

DATED this 13th day of ~~May~~ June, 2018.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

_____
Sharon Abrahams
6552 Kirwan Heights Way
Las Vegas, NV 89108
*Pro Se*

_____
Jill Garcia
Dana B. Salmonson
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
*Attorneys for Defendant Jackson Hewitt Inc. and Tax Services of America, Inc.*

IT IS SO ORDERED.

## ORDER

_____
RICHARD F. BOULWARE, II
United States District Court

DATED: June 18, 2018.

34091070.1

2